# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
Nanette B Dozier                          §    Case No. 13-24666
                                          §
            Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/STEVEN R. RADTKE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-24666 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Nanette B Dozier | | | | Date Filed (f) or Converted (c): | 06/14/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2013 |
| For Period Ending: | 06/02/2015 | | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 461 E. Bowen, Chicago, Il 60652, Condo Unit | 85,000.00 | 0.00 | | 0.00 | FA |
| 2. 8949 S. Blackstone, Chicago, Il 60619 | 88,000.00 | 1.00 | | 0.00 | FA |
| 3. Cash In Debtor's Possession | 20.00 | 0.00 | | 0.00 | FA |
| 4. Urban Partnership Bank | 300.00 | 0.00 | | 535.60 | FA |
| 5. Hyde Park Bank | 2,200.00 | 0.00 | | 687.86 | FA |
| 6. Debtor's Home Furnishings | 250.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's Necessary Wearing Apparel | 150.00 | 150.00 | | 0.00 | FA |
| 8. Stock In Chathan Avalon Nursery School And Kindergarten. Co | 0.00 | 1.00 | | 0.00 | FA |
| 9. Insurance proceeds from unscheduled automobile (u) Any exemption was deducted from gross proceeds | 12,080.54 | 12,080.54 | | 12,080.54 | FA |
| 10. Unscheduled 2013 tax refund (u) | 864.48 | 864.48 | | 864.48 | FA |
| 11. CD (u) | 41,000.00 | 41,000.00 | | 41,000.00 | FA |
| 12. Hyde Park Bank Money Market Account (u) | 23,000.00 | 23,000.00 | | 23,000.00 | FA |
| 13. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $252,865.02 | $77,097.02 | | $78,168.48 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor scheduled real estate located at 8949 S. Blackstone, Chicago, IL and stock in a nursery school located at 26 E. 79th Street, Chicago, IL; Trustee retained counsel who is still investigating ownership, encumbrances, value and salability of the assets (Trustee filed Initial Report of Assets 7/3/14).

Initial Projected Date of Final Report (TFR): 07/31/2016    Current Projected Date of Final Report (TFR): 07/31/2016

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-24666 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Nanette B Dozier | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5661 |
| | Checking |
| Taxpayer ID No: XX-XXX8659 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/02/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/21/15 | | Amber Tucker (debtor's daughter) | Unscheduled insurance proceeds on car and unscheduled 2013 tax refund | | $12,945.02 | | $12,945.02 |
| | | | Gross Receipts $12,945.02 | | | | |
| | 9 | | Insurance proceeds from unscheduled automobile $12,080.54 | 1229-000 | | | |
| | 10 | | Unscheduled 2013 tax refund $864.48 | 1224-000 | | | |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,935.02 |
| 02/13/15 | | Amber Tucker | Payment on settlement of estate's equity in Debtor's assets ( Payment on settlement of estate's equity in Debtor's assets ($39,000 CD amount, Hyde Park Bank account and Urban Partners Bank account) | | $40,223.46 | | $53,158.48 |
| | | | Gross Receipts $40,223.46 | | | | |
| | 4 | | Urban Partnership Bank $535.60 | 1129-000 | | | |
| | 5 | | Hyde Park Bank $687.86 | 1129-000 | | | |
| | 11 | | CD $39,000.00 | 1229-000 | | | |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.22 | $53,110.26 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.95 | $53,031.31 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*         Page Subtotals:         $53,168.48         $137.17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-24666 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Nanette B Dozier | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5661 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8659 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 06/02/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/15 | | Amber Tucker | Payment on settlement of estate's equity in Debtor's assets<br>Turnover of Hyde Park Bank Money Market Account ($23,000) and additional turnover related to CD at Hyde Park Bank ($2,000) | | $25,000.00 | | $78,031.31 |
| | | | Gross Receipts      $25,000.00 | | | | |
| | 11 | | CD      $2,000.00 | 1229-000 | | | |
| | 12 | | Hyde Park Bank Money Market Account      $23,000.00 | 1229-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $78,168.48 | $137.17 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $78,168.48 | $137.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $78,168.48 | $137.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                          Page Subtotals:          $25,000.00          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5661 - Checking | $78,168.48 | $137.17 | $78,031.31 |
|  | $78,168.48 | $137.17 | $78,031.31 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $78,168.48 |
| Total Gross Receipts: | $78,168.48 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-24666  
Debtor Name: Nanette B Dozier  
Claims Bar Date: 10/7/2014  

Date: June 2, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $6,888.03 | $6,888.03 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $4.80 | $4.80 |
| 100 3210 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $37,000.00 | $37,000.00 |
| 100 3220 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $275.73 | $275.73 |
| 1 300 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $12,447.83 | $12,447.83 |
| 2 300 7100 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $3,249.95 | $3,249.95 |
| 3 300 7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $4,696.35 | $4,696.35 |
| 4 300 7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $121.95 | $121.95 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-24666  
Debtor Name: Nanette B Dozier  
Claims Bar Date: 10/7/2014  
Date: June 2, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $7,860.45 | $7,860.45 |
| | Case Totals | | | $0.00 | $72,545.09 | $72,545.09 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-24666
Case Name: Nanette B Dozier
Trustee Name: STEVEN R. RADTKE

          Balance on hand                                                 $

   Claims of secured creditors will be paid as follows:

NONE

   Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ | $ | $ |
| Trustee Expenses: STEVEN R. RADTKE | $ | $ | $ |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ | $ | $ |

   Total to be paid for chapter 7 administrative expenses        $_____
   Remaining Balance                                              $_____

   Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

      Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | First National Bank Of Omaha | $ | $ | $ |
| 3 | Capital Recovery V, Llc | $ | $ | $ |
| 4 | Capital Recovery V, Llc | $ | $ | $ |
| 5 | Capital Recovery V, Llc | $ | $ | $ |

Total to be paid to timely general unsecured creditors                $_____

Remaining Balance                                                      $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of       % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $       . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $        .