UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
 § 
Nanette B Dozier § Case No. 13-24666
 § 
            Debtor(s) § 

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

     10:30 a.m. on July 28, 2015
     in Courtroom  682, U.S. Courthouse
     219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Jeffrey P. Allsteadt_____
                                                           Clerk of the Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Nanette B Dozier                    §    Case No. 13-24666
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 78,168.48 |
| and approved disbursements of | $ 137.17 |
| leaving a balance on hand of[1] | $ 78,031.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 6,888.03 | $ 0.00 | $ 6,888.03 |
| Trustee Expenses: STEVEN R. RADTKE | $ 4.80 | $ 0.00 | $ 4.80 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 37,000.00 | $ 0.00 | $ 37,000.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 275.73 | $ 0.00 | $ 275.73 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 44,168.56 |
| Remaining Balance | $ 33,862.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,376.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 12,447.83 | $ 0.00 | $ 12,447.83 |
| 2 | First National Bank Of Omaha | $ 3,249.95 | $ 0.00 | $ 3,249.95 |
| 3 | Capital Recovery V, Llc | $ 4,696.35 | $ 0.00 | $ 4,696.35 |
| 4 | Capital Recovery V, Llc | $ 121.95 | $ 0.00 | $ 121.95 |
| 5 | Capital Recovery V, Llc | $ 7,860.45 | $ 0.00 | $ 7,860.45 |

Total to be paid to timely general unsecured creditors      $      28,376.53

Remaining Balance      $      5,486.22

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 78.26 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,407.96 .

        Prepared By: /s/ Steven R. Radtke
                        Steven R. Radtke, Trustee

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-24666-JBS
Nanette B Dozier                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 1             Date Rcvd: Jun 08, 2015
                              Form ID: pdf006           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2015.
db           +Nanette B Dozier,    8949 S. Blackstone Ave,    Chicago, IL 60619-7139
20610725      Chase,   PO Box 9001123,    Louisville, KY 40290-1123
20610728     +First National Bank Omaha,    1620 Dodge Street,    Omaha, NE 68197-0002
22253351     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
22226946      US Bank NA,    c/o Manley Deas Kochalski LLC,   P.O. Box 165028,    Columbus, OH 43216-5028
20610732      Wells Fargo,    PO Box 14411,   Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22470418      E-mail/PDF: rmscedi@recoverycorp.com Jun 09 2015 01:17:42     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20610727      E-mail/PDF: mrdiscen@discover.com Jun 09 2015 01:23:03     Discover,   P.O. Box 6103,
               Carol Stream, IL 60197-6103
22145348      E-mail/PDF: mrdiscen@discover.com Jun 09 2015 01:23:03     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
20610729     +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2015 01:17:39     GECRB/Care Credit,
               PO Box 965036,    Orlando, FL 32896-5036
20610730      E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2015 01:17:27     GECRB/LOwes Project PMBG,
               Po Box 965005,    Orlando, FL 32896-5005
20610731     +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2015 01:17:39      Q Card,   PO Box 530905,
               Atlanta, GA 30353-0905
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20610726       City of Chicago
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2015                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2015 at the address(es) listed below:
          Brian E Alexander    on behalf of Debtor Nanette B Dozier brian@alexalexlaw.com
          Ira P Goldberg    on behalf of Trustee Steven R Radtke igoldberg@dimontelaw.com,
           jjarke@dimontelaw.com
          Keith Levy    on behalf of Creditor    U.S. Bank National Assocation amps@manleydeas.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
                                                                                              TOTAL: 5