UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Nanette B Dozier | § | Case No. 13-24666 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 173,150.00 *(Without deducting any secured claims)* | Assets Exempt: 2,770.00 |
| Total Distributions to Claimants: 28,454.79 | Claims Discharged Without Payment: 411,835.22 |
| Total Expenses of Administration: 44,305.73 | |

3) Total gross receipts of $ 78,168.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 5,407.96 (see **Exhibit 2**), yielded net receipts of $ 72,760.52 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 383,396.02 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,305.73 | 44,305.73 | 44,305.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,439.20 | 28,376.53 | 28,376.53 | 28,454.79 |
| **TOTAL DISBURSEMENTS** | $ 411,835.22 | $ 72,682.26 | $ 72,682.26 | $ 72,760.52 |

4) This case was originally filed under chapter 7 on 06/14/2013 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/09/2015                    By:/s/STEVEN R. RADTKE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Hyde Park Bank | 1129-000 | 687.86 |
| Urban Partnership Bank | 1129-000 | 535.60 |
| Unscheduled 2013 tax refund | 1224-000 | 864.48 |
| CD | 1229-000 | 41,000.00 |
| Hyde Park Bank Money Market Account | 1229-000 | 23,000.00 |
| Insurance proceeds from unscheduled automobile | 1229-000 | 12,080.54 |
| **TOTAL GROSS RECEIPTS** | | **$ 78,168.48** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nanette B Dozier | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 5,407.96 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 5,407.96** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 9001123 Louisville, KY 40290-1123 | | 255,852.60 | NA | NA | 0.00 |
| | Wells Fargo PO Box 14411 Des Moines, IA 50306-3411 | | 127,543.42 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 383,396.02 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 6,888.03 | 6,888.03 | 6,888.03 |
| STEVEN R. RADTKE | 2200-000 | NA | 4.80 | 4.80 | 4.80 |
| Associated Bank | 2600-000 | NA | 137.17 | 137.17 | 137.17 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 37,000.00 | 37,000.00 | 37,000.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 275.73 | 275.73 | 275.73 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 44,305.73 | $ 44,305.73 | $ 44,305.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago | | 0.00 | NA | NA | 0.00 |
| | Discover P.O. Box 6103 Carol Stream, IL 60197-6103 | | 11,000.00 | NA | NA | 0.00 |
| | First National Bank Omaha 1620 Dodge Street Omaha, NE 68197 | | 3,196.63 | NA | NA | 0.00 |
| | GECRB/Care Credit PO Box 965036 Orlando, FL 32896 | | 6,099.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/LOwes Project PMBG Po Box 965005 Orlando, FL 32896-5005 | | 7,880.00 | NA | NA | 0.00 |
| | Q Card PO Box 530905 Atlanta, GA 30353 | | 263.57 | NA | NA | 0.00 |
| 3 | Capital Recovery V, Llc | 7100-000 | NA | 4,696.35 | 4,696.35 | 4,696.35 |
| 4 | Capital Recovery V, Llc | 7100-000 | NA | 121.95 | 121.95 | 121.95 |
| 5 | Capital Recovery V, Llc | 7100-000 | NA | 7,860.45 | 7,860.45 | 7,860.45 |
| 1 | Discover Bank | 7100-000 | NA | 12,447.83 | 12,447.83 | 12,447.83 |
| 2 | First National Bank Of Omaha | 7100-000 | NA | 3,249.95 | 3,249.95 | 3,249.95 |
| | Capital Recovery V, Llc | 7990-000 | NA | NA | NA | 34.97 |
| | Discover Bank | 7990-000 | NA | NA | NA | 34.33 |
| | First National Bank Of Omaha | 7990-000 | NA | NA | NA | 8.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 28,439.20 | $ 28,376.53 | $ 28,376.53 | $ 28,454.79 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-24666 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Nanette B Dozier | | | | Date Filed (f) or Converted (c): | 06/14/2013 (f) |
| | | | | | 341(a) Meeting Date: | 08/05/2013 |
| For Period Ending: | 09/09/2015 | | | | Claims Bar Date: | 10/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 461 E. Bowen, Chicago, Il 60652, Condo Unit | 85,000.00 | 0.00 | | 0.00 | FA |
| 2. 8949 S. Blackstone, Chicago, Il 60619 | 88,000.00 | 1.00 | | 0.00 | FA |
| 3. Cash In Debtor's Possession | 20.00 | 0.00 | | 0.00 | FA |
| 4. Urban Partnership Bank | 300.00 | 0.00 | | 535.60 | FA |
| 5. Hyde Park Bank | 2,200.00 | 0.00 | | 687.86 | FA |
| 6. Debtor's Home Furnishings | 250.00 | 0.00 | | 0.00 | FA |
| 7. Debtor's Necessary Wearing Apparel | 150.00 | 150.00 | | 0.00 | FA |
| 8. Stock In Chathan Avalon Nursery School And Kindergarten. Co | 0.00 | 1.00 | | 0.00 | FA |
| 9. Insurance proceeds from unscheduled automobile (u) Any exemption was deducted from gross proceeds | 12,080.54 | 12,080.54 | | 12,080.54 | FA |
| 10. Unscheduled 2013 tax refund (u) | 864.48 | 864.48 | | 864.48 | FA |
| 11. CD (u) | 41,000.00 | 41,000.00 | | 41,000.00 | FA |
| 12. Hyde Park Bank Money Market Account (u) | 23,000.00 | 23,000.00 | | 23,000.00 | FA |
| 13. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $252,865.02 | $77,097.02 | | $78,168.48 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee filed his TFR and fee applications; hearing set for 7/28/15

Debtor scheduled real estate located at 8949 S. Blackstone, Chicago, IL and stock in a nursery school located at 26 E. 79th Street, Chicago, IL; Trustee retained counsel who is still investigating ownership, encumbrances, value and salability of the assets (Trustee filed Initial Report of Assets 7/3/14).

Exhibit 8

Initial Projected Date of Final Report (TFR): 07/31/2016     Current Projected Date of Final Report (TFR): 07/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-24666  
Case Name: Nanette B Dozier  
Taxpayer ID No: XX-XXX8659  
For Period Ending: 09/09/2015  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5661  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/21/15 | | Amber Tucker (debtor's daughter) | Unscheduled insurance proceeds on car and unscheduled 2013 tax refund | | $12,945.02 | | $12,945.02 |
| | | | Gross Receipts  $12,945.02 | | | | |
| | 9 | | Insurance proceeds from unscheduled automobile  $12,080.54 | 1229-000 | | | |
| | 10 | | Unscheduled 2013 tax refund  $864.48 | 1224-000 | | | |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,935.02 |
| 02/13/15 | | Amber Tucker | Payment on settlement of estate's equity in Debtor's assets ( Payment on settlement of estate's equity in Debtor's assets ($39,000 CD amount, Hyde Park Bank account and Urban Partners Bank account) | | $40,223.46 | | $53,158.48 |
| | | | Gross Receipts  $40,223.46 | | | | |
| | 4 | | Urban Partnership Bank  $535.60 | 1129-000 | | | |
| | 5 | | Hyde Park Bank  $687.86 | 1129-000 | | | |
| | 11 | | CD  $39,000.00 | 1229-000 | | | |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.22 | $53,110.26 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.95 | $53,031.31 |

Page Subtotals: $53,168.48   $137.17

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-24666 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Nanette B Dozier | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5661 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8659 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/09/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/15 | | Amber Tucker | Payment on settlement of estate's equity in Debtor's assets Turnover of Hyde Park Bank Money Market Account ($23,000) and additional turnover related to CD at Hyde Park Bank ($2,000) | | $25,000.00 | | $78,031.31 |
| | | | Gross Receipts    $25,000.00 | | | | |
| | 11 | | CD    $2,000.00 | 1229-000 | | | |
| | 12 | | Hyde Park Bank Money Market Account    $23,000.00 | 1229-000 | | | |
| 08/12/15 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,888.03 | $71,143.28 |
| 08/12/15 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $4.80 | $71,138.48 |
| 08/12/15 | 1003 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $37,000.00 | $34,138.48 |
| 08/12/15 | 1004 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3220-000 | | $275.73 | $33,862.75 |
| 08/12/15 | 1005 | Discover Bank Db Servicing Corporation Po Box 3025 New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $12,482.16 | $21,380.59 |
| | | | ($34.33) | 7990-000 | | | |
| | | | Page Subtotals: | | $25,000.00 | $56,650.72 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-24666 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Nanette B Dozier | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5661 |
| | Checking |
| Taxpayer ID No: XX-XXX8659 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/09/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Discover Bank | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($12,447.83) 7100-000 | | | |
| 08/12/15 | 1006 | First National Bank Of Omaha 1620 Dodge Street Stop Code 3105 Omaha Ne 68197 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $3,258.91 | $18,121.68 |
| | | | | ($8.96) 7990-000 | | | |
| | | First National Bank Of Omaha | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($3,249.95) 7100-000 | | | |
| 08/12/15 | 1007 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $4,709.30 | $13,412.38 |
| | | | | ($12.95) 7990-000 | | | |
| | | Capital Recovery V, Llc | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($4,696.35) 7100-000 | | | |
| 08/12/15 | 1008 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $122.29 | $13,290.09 |
| | | | | ($0.34) 7990-000 | | | |
| | | Capital Recovery V, Llc | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($121.95) 7100-000 | | | |
| 08/12/15 | 1009 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $7,882.13 | $5,407.96 |
| | | | | ($21.68) 7990-000 | | | |

Page Subtotals: $0.00 $15,972.63

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-24666 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Nanette B Dozier | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5661 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8659 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/09/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Capital Recovery V, Llc | Final distribution to claim 5 representing a payment of 100.00 % per court order. ($7,860.45) | 7100-000 | | | |
| 08/12/15 | 1010 | Nanette B Dozier<br>8949 S. BLACKSTONE AVE<br>CHICAGO, IL  60619 | Distribution of surplus funds to debtor. | 8200-002 | | $5,407.96 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $78,168.48 | $78,168.48 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $78,168.48 | $78,168.48 |
| Less: Payments to Debtors | $0.00 | $5,407.96 |
| Net | $78,168.48 | $72,760.52 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*         Page Subtotals:         $0.00         $5,407.96

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5661 - Checking | $78,168.48 | $72,760.52 | $0.00 |
|  | $78,168.48 | $72,760.52 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $78,168.48 |
| Total Gross Receipts: | $78,168.48 |

Page Subtotals:  $0.00  $0.00